AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| _____<br>*Plaintiff(s)*<br><br>v.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Immigration and Customs Enforcement
500 12th St SW
Washington, D.C. 20536

U.S. Department of Homeland Security
Office of the General Counsel
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

U.S. Citizenship and Immigration Services
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan Manes (Jonathan.Manes@macarthurjustice.org)
Jessica Gingold (Jessica.Gingold@macarthurjustice.org)
Chisato Kimura (Chisato.Kimura@macarthurjustice.org)
MacArthur Justice Center
160 E. Grand Avenue, Chicago, IL 60611

Scarlet Kim (scarletk@aclu.org)
Ken Sexauer (ksexauer@aclu.org)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor, New York, NY 10004

Jacob Snow (jsnow@aclunc.org)
ACLU Foundation of Northern California
39 Drumm Street, San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*