UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

American Civil Liberties Union, et al.            ,

Plaintiff(s),

v.

U.S. Immigration & Customs Enforcement, et al.,

Defendant(s).

Case No. 3:26-cv-05590-KAW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Jonathan Manes, an active member in good standing of the bar of the Supreme Court of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Jacob Snow, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN 270988.

160 E Grand Ave, 6th Fl., Chicago, IL 60611

MY ADDRESS OF RECORD

(312) 503-0012

MY TELEPHONE # OF RECORD

jonathan.manes@macarthurjustice.org

MY EMAIL ADDRESS OF RECORD

39 Drumm Street, San Francisco, CA 94111

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 621-2493

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jsnow@aclunc.org

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6340642.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/11/2026

Jonathan Manes
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jonathan Manes is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 16, 2026

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2