CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7320
    Fax: (415) 436-6748
    kenneth.kao@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.<br><br>Defendants. | No. 3:26-cv-05590-JSC<br><br>**STIPULATION EXTENDING RESPONSE DEADLINE**<br><br><br><br>The Honorable Jacqueline Scott Corley<br>United States District Judge |

Plaintiffs American Civil Liberties Union, et al. ("Plaintiffs") and Defendants United States Immigration and Customs Enforcement, et al. ("Defendants"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on June 11, 2026, Plaintiffs filed their complaint in this action (ECF No. 1); and

WHEREAS, the complaint and summons were served on the United States Attorney's Office for the Northern District of California on June 16, 2026,[1] and Defendants' deadline to respond to the complaint is July 16, 2026; and

---

[1] The docket incorrectly reflects a service date of June 12, 2026, which would make Defendants' response due July 13, 2026 (ECF No. 19).

STIPULATION RE RESPONSE DATE
No. 3:26-cv-05590-JSC          1

WHEREAS, the Parties have agreed to extend Defendants' time to respond to the complaint to August 31, 2026;

WHEREAS, the Parties have agreed to begin conferring on pretrial matters and have scheduled a meeting on August 7, 2026; and

WHEREAS, this change will not alter the date of any other event or any deadline already fixed by Court order;

NOW THEREFORE, Plaintiffs and Defendants STIPULATE, pursuant to Local Rule 6-1(a), that the time within which Defendant shall answer or otherwise respond to the Complaint shall be extended to August 31, 2026.

IT IS SO STIPULATED.

DATED: July 13, 2026                          Respectfully submitted,

                                             CRAIG H. MISSAKIAN
                                             United States Attorney

                                              /s/ Kenneth J. Kao
                                             KENNETH J. KAO
                                             Assistant United States Attorney

                                             Attorneys for Defendants


DATED: July 13, 2026                          MACARTHUR JUSTICE CENTER

                                              /s/ Jonathan Manes
                                             JONATHAN MANES

                                             Attorneys for Plaintiffs

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(1), I, Kenneth J. Kao, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

                                              /s/ Kenneth J. Kao
                                             KENNETH J. KAO