United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>Defendants. | Case No. 26-cv-05590-JSC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND ORDERING MONTHLY STATUS UPDATES** |

Upon review of the joint case management conference statement (Dkt. No. 28), the initial case management conference scheduled for September 15, 2026 is VACATED. While the parties are engaged in negotiations regarding Defendants' search for responsive documents, they shall submit monthly written status updates, with the first beginning with October 21, 2026. If in the meantime any party believes a status conference with the Court could be helpful, the party shall contact the Court's Courtroom Deputy to schedule a conference.

**IT IS SO ORDERED.**

Dated: September 11, 2026

JACQUELINE SCOTT CORLEY
United States District Judge