JONATHAN MANES (IL Bar No. 6340642)*
JESSICA GINGOLD (IL Bar No. 6329992)*
CHISATO KIMURA (IL Bar No. 6353191)*
Jonathan.Manes@macarthurjustice.org
Jessica.Gingold@macarthurjustice.org
Chisato.Kimura@macarthurjustice.org
MACARTHUR JUSTICE CENTER
25 E. Washington Street, Suite 1515
Chicago, IL 60602
Telephone: (312) 426-2547

SCARLET KIM (NY Bar No. 5025952)*
KEN SEXAUER (CA Bar No. 327964)
scarletk@aclu.org
ksexauer@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500

JACOB SNOW (CA Bar No. 270988)
jsnow@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.<br><br>Defendants. | No. 3:26-cv-05590-JSC<br><br>**JOINT STATUS REPORT** |

The parties jointly submit this status report pursuant to the Court's order directing monthly status updates. ECF No. 29.

**1. Background**

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Plaintiffs submitted an identical FOIA request ("the Request") to the four Defendant federal agencies: U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP"), U.S. Citizenship and Immigration Services ("USCIS"), and the Department of Homeland Security ("DHS"). The Request seeks records concerning the Defendant agencies' alleged policies and practices toward individuals who photograph, record, and/or publish video or images of federal immigration enforcement actions.

The parties continue to anticipate that this litigation will proceed in two phases: the first involving search, processing and production of records that Defendants determine are not exempt from disclosure, and the second involving any disputes over Defendants' invocation of FOIA exemptions to refuse disclosure of records in whole or in part.

**2. Status of Litigation**

On October 13, 2026, Defendants filed their Joint Answer to Plaintiffs' Complaint.

The parties continue to negotiate toward an agreement with respect to the agencies' search, processing, and production of non-exempt records. The issues that the parties seek to resolve through negotiations are the methods by which each Defendant agency will undertake searches for responsive records, as well as the components or custodians at each agency that will be searched. The parties have conferred regarding these matters but have not yet reached agreement. At this juncture, the parties wish to continue such negotiations.

The parties are currently at impasse on two issues that may require judicial resolution; *first*, the rate at which the Defendant agencies will process and produce non-exempt records on a rolling basis and, *second*, whether the Defendant agencies will, in addition to producing records and accompanying response letters already explaining the statutory and other bases for withholding, provide a *Vaughn* index (or similar document) that explains in individual document detail each agency's redactions/withholdings of responsive records, so as to inform potential summary judgment litigation concerning Defendants' invocation of FOIA exemptions. The parties currently anticipate bringing these issues to the Court for resolution once negotiations over the scope of the agencies' searches have

progressed further toward agreement.

The parties will submit another status report in 30 days, as required. The parties anticipate reporting on the status of an agreement on search parameters and, as necessary, a process to seek judicial resolution of the disputes described above.

DATED: October 21, 2026

Respectfully submitted,

*/s/Jonathan Manes*

JONATHAN MANES (IL Bar No. 6340642)*
JESSICA GINGOLD (IL Bar No. 6329992)*
CHISATO KIMURA (IL Bar No. 6353191)*
Jonathan.Manes@macarthurjustice.org
Jessica.Gingold@macarthurjustice.org
Chisato.Kimura@macarthurjustice.org
MACARTHUR JUSTICE CENTER
25 E. Washington Street, Suite 1515
Chicago, IL 60602
Telephone: (312) 426-2547

SCARLET KIM (NY Bar No. 5025952)*
KEN SEXAUER (CA Bar No. 327964)
scarletk@aclu.org
ksexauer@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500

JACOB SNOW (CA Bar No. 270988)
jsnow@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Attorneys for the Plaintiffs
**Admitted Pro Hac Vice*

CRAIG H. MISSAKIAN
United States Attorney

/s/*Kenneth J. Kao*
KENNETH J. KAO
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055

San Francisco, California 94102-3495
Telephone: (415) 436-7320
Facsimile: (415) 436-6748
kenneth.kao@usdoj.gov

Attorneys for Defendants

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(1), I, Jonathan Manes, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

*/s/ Jonathan Manes*
JONATHAN MANES